IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF **CV 09 80 092MISC**

Lawrence Timothy Niermeyer - #157440

_____/

**ORDER TO SHOW CAUSE**

It appearing that Lawrence Timothy Niermeyer has been suspended for 60 days by the Supreme Court of California effective February 25, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Lawrence Timothy Niermeyer
Law Office of Lawrence T. Niermeyer
1301 K Street, #H
Modesto, CA 95354