FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-09-80092 MISC VRW

Lawrence Timothy Niermeyer,
                                        ORDER
   State Bar No 157440

_____/

On May 1, 2009, the court issued an order to show cause (OSC) why Lawrence Timothy Niermeyer should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California effective February 25, 2009.

The OSC was mailed to Mr Niermeyer's address of record with the State Bar on May 6, 2009.  Mr Niermeyer's filed a written response on May 26, 2009, advising the court of his reinstatement to active status with the State Bar of California.

The OSC is therefore discharged.  The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Lawrence T Niermeyer ,
_____/

Case Number: CV09-80092 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence T Niermeyer
1301 K Street, Ste H
Modesto, CA 95354

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*